PAUL M. MATTICE, as Successor Committee of ELLEN S. GIBSON, an Incompetent, v. BOWERY SAVINGS BANK.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WM. R. GRATZ CO., INC., v. MARIO MACCAFFERRI.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HALL & RUCKEL v. RICHARD ULMER.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Trustees under a Trust Agreement Made by CHARLES R. CRANE, Deceased. MARY J. C. BRADLEY et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, v. OTIS ELEVATOR COMPANY.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

E. P. LAWSON CO., INC., v. ROLLIN BROWNE et al., Constituting the State Tax Commission.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

PINCUS FINGERHUT v. LOUIS HIRSCH et al. and DAVID L. DAVIDOFF et al.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Accounting of GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased. WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST; GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased, et al. In the Matter of the Will of PRENTISS N. GRAY, Deceased. WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST; GERALD F. BEAL et al., as Executors and Trustees under the Will of PRENTISS N. GRAY, Deceased, et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

MAX ARONSON et al. v. BRONX COUNTY TRUST COMPANY, Individually and as Successor Trustee of 1161 Shakespeare Avenue Apartment Building [New York City], under a Mortgage Trust Made between R. G. & F. CONSTRUCTION CORPORATION and COLONIAL BANK, as Trustee.— Present — Martin, P. J., Townley, Untermyer and Dore, JJ.

LENA CIACCIO et al. v. CLYDE A. SKINNER.— Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon, J., taking no part.

ZOHA DOUGLASS, Doing Business as STEPHEN A. DOUGLASS COMPANY, v. PEDRO J. SMITH et al.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of EBLING BREWING CO., INC., against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.